LEVITCH v. COMMONWEALTH.

Court of Appeals of Kentucky.

(Decided May 15, 1934.)

BECKHAM A. ROBERTSON for movant.

BAILEY P. WOOTTON, Attorney General, and WILLIAM R. ATTKISSON, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

NEW YORK LIFE INSURANCE CO. v. THOMAS.

Court of Appeals of Kentucky.

(Decided May 4, 1934.)

WILLIAM MARSHALL BULLITT, EUGENE B. COCHRAN, and BRUCE & BULLITT for appellant.

TERRY L. HATCHETT for appellee.

PER CURIAM.

Appeal denied; judgment affirmed.

POWELL v. PENNINGTON.

Court of Appeals of Kentucky.

(Decided April 24, 1934.)

BROWNING & DAVIS for movant.

C. H. BRUCE and L. D. BRUCE, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.